839 A.2d 175

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Floyd Paul JONES, Respondent.**

**No. 133 DB 2003.**

Supreme Court of Pennsylvania.

Oct. 31, 2003.

## ORDER

PER CURIAM.

AND NOW, this 31st day of October, 2003, an Order and Rule to Show Cause having been entered by this Court on

October 9, 2003, and no response to the Rule to Show Cause having been filed, it is hereby ORDERED that:

1. The Rule is made absolute and, pursuant to Rule 208(f)(2), Pa.R.D.E., respondent is placed on temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.;

3. The President Judge of the Court of Common Pleas of York County, in accordance with Rule 217(g), Pa.R.D.E., shall take such further action and make such further orders as may be necessary to fully protect the rights of respondent's clients;

4. All financial institutions in Pennsylvania in which respondent holds accounts containing fiduciary funds shall freeze such accounts pending further Order of this Court.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.